AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 2 0 2016

LAWRENCE K. BAERMAN, CLERK
ALBANY

United States of America
v.

GREGORY CLARK

Defendant

Case No.  16-MJ-336 (CFH)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **GREGORY CLARK**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Felon in unlawful possession of firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1)

Date: 06/13/2016

*Issuing officer's signature*

City and state: Albany, NY

Hon. Christian F. Hummel, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) June 13, 2016, and the person was arrested on (date) June 17 2016
at (city and state) Comstock, N.Y.

Date: June 17 2016

W.J. Mayo
*Arresting officer's signature*

Wm. J. Mayo  ATF Special Agent
*Printed name and title*